UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-422-FDW
(3:97-cr-40-FDW)

| | |
|---|---|
| JAUN BAUTISTA ALOMIA TORRES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** is before the Court on Petitioner's motion to reconsider the Court's Order dismissing his motion for relief as an unauthorized, successive motion under 28 U.S.C. § 2255(h). For the reasons stated in the Court's Order of Dismissal, (Doc. No. 3), Petitioner's motion for reconsideration is DENIED.

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion for Reconsideration is **DENIED**. (Doc. No. 5).

**IT IS FURTHER ORDERED** that pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases, the Court declines to issue a certificate of appealability as Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(2); Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003) (in order to satisfy § 2253(c), a petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong); Slack v. McDaniel, 529 U.S. 474, 484 (2000) (holding that when relief is denied on procedural grounds, a petitioner must establish both that the correctness of the dispositive procedural ruling is debatable, and that the petition states a debatably valid claim of

1

the denial of a constitutional right).

Signed: August 22, 2013

Frank D. Whitney
Chief United States District Judge